THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CORNELIUS J. FLOOD, Appellant.

*Crimes — manslaughter in second degree — judgment of conviction affirmed.*

*People* v. *Flood*, 206 App. Div. 751, affirmed.

(Argued April 7, 1924; decided May 13, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 29, 1923, which affirmed a judgment of the Court of General Sessions of the city of New York rendered upon a verdict convicting the defendant of the crime of manslaughter in the second degree.

*Robert S. Johnstone* and *Stanley L. Richter* for appellant.

*Joab H. Banton, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.